Eddie Thomas
Reg. Num. 34087-037
FCI Morgantown
Post Office Box 1000
Morgantown, West Virginia 26507

FEB 4 2008

January 15, 2008

Clerk of Court
U.S. District Court of Maryland
101 W. Lombard Street
Baltimore, MD 21201

RE:   Eddie Thomas V. United States of America
      Case Number: 5-00-0143

Dear Clerk:

This letter is in regard to the amendment of the CRACK LAWS that were made retroactive by the United States Sentencing Commission. Under 18 U.S.C. § 3582 (c)(2) the sentencing court can move to reduce the sentence on its own. I was sentenced to 135 months on 11-1-00 and am currently being held at FCI Morgantown. I have a release date of October 20, 2010. My offense was in violation of 21 U.S.C. §§846, a (Class A Felony), Conspiracy to Distribute, and Possess with Intent to Distribute Cocaine Hydrochloride and Cocaine Base.

I ask the court to move to reduce my sentence. Thank you for your help in this matter.

Respectfully Submitted,

*Eddie Lee Thomas*
Eddie Thomas
Reg. Num. 34087-037
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507

Cc: File