IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            *

v.                                  Criminal No. WDQ-00-143

EDDIE LEE THOMAS a/k/a "Polo"       *
#34087-037

\* \* \* \* \* \* \*

**ORDER**

Pending is a paper filed by Eddie Lee Thomas, proceeding pro se, requesting a reduction of sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Guidelines related to cocaine base ("crack") offenses. The paper shall be construed as a motion for reduction of sentence pursuant to 18 U.S.C. § 3852(c). Upon review of the paper, it is this 6th day of February 2008, hereby ordered by the United States District Court for the District of Maryland that:

1.  The paper IS CONSTRUED as a motion pursuant to 18 U.S.C. §3582(c);

2.  The Clerk SHALL PROVIDE a copy of this order and the 18 U.S.C. §3582(c) motion to: the Federal Public Defender for the District of Maryland; the United States Attorney for the District of Maryland; and the United States Probation Office;

3.  The Federal Public Defender for the District of Maryland is appointed to PRELIMINARILY REVIEW the motion and PROVIDE a status report within thirty days; and

4.  The Clerk SHALL SEND a copy of this order to defendant.

_____
William D. Quarles, Jr.
United States District Judge

