**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER

<u>**Via Hand-Delivery**</u>

March 5, 2008

Honorable William D. Quarles
District Judge
United States District Court
for the District of Maryland
101 West Lombard Street
Chambers 3A
Baltimore, Maryland 21201

FILED _____ ENTERED
LOGGED _____ RECEIVED

MAR 0 7 2008

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Re:   *United States v. Eddie Lee Thomas*
      <u>Dkt No.: WDQ-00-0143</u>

Dear Judge Quarles:

Please accept this letter as a status report in the above-captioned case. Mr. Thomas has filed a pro se motion for reduction of sentence under 18 U.S.C. § 3582 and the amended crack guidelines.

The U.S. Probation Office has determined that Mr. Thomas is eligible for a reduction in sentence from 135 months to 120 months. His estimated release date is November 10, 2010. With a fifteen month reduction, his release date would move to August 2009.

Because my Office represented a co-defendant of Mr. Thomas, I would ask that the Court appoint counsel from the "crack" panel to assist Mr. Thomas with his motion for reduction of sentence.

If I can be of additional assistance to the Court, please let me know.

Very truly yours,

*Denise C. Barrett (by mgls)*

Denise C. Barrett
Assistant Federal Public Defender

DCB/kdw

cc:   Eddie Lee Thomas
      Barbara S. Sale, AUSA
      United States Probation