IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 MAR 24 P 3: 39

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

UNITED STATES OF AMERICA     *

v.                           *     Criminal No. WDQ-00-0143

EDDIE LEE THOMAS             *

\* \* \* \* \* \*

**O R D E R**

Pending is a paper filed by Eddie Lee Thomas, proceeding pro se, requesting a reduction of sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Guidelines related to cocaine base ("crack") offenses. The paper was construed as a motion for reduction of sentence pursuant to 18 U.S.C. §3582(c). Upon review of the paper, it is this 24th day of March, 2008, hereby ordered by the United States District Court for the District of Maryland that:

1. The Office of the Federal Public Defender having been appointed to preliminarily review the motion, believes the motion may have merit but that a conflict exits that will prevent that Office from representing Eddie Lee Thomas.

2. Therefore, Gary Proctor, 8 East Mulberry Street, Baltimore, MD 21202 (410-444-1500) is appointed under the Criminal Justice Act to represent the defendant on his request for a reduction of sentence pursuant to 18 U.S.C. § 3582(c).

3. Mr. Proctor is directed to contact Assistant Federal Public Defender, Denise Barrett, to obtain the preliminary information that Office has gathered.

_____
William D. Quarles, Jr.
United States District Judge