IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | Case No.: WDQ 00-143 |
| | * | |
| WARE ET AL. (EDDIE THOMAS) | * | |

ENTRY OF APPEARANCE

Please enter the appearance of Gary E. Proctor as court-appointed counsel for the Defendant in the above-captioned case.

Respectfully,

Gary E. Proctor
Bar Roll Number 27936
Law Offices of Gary E. Proctor, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
Tel:   410.444.1500
Fax:   866.230.4455

## CERTIFICATE OF SERVICE

I hereby certify that on this day, April 7, 2008, a copy of the foregoing was mailed to the Office of the United States Attorney, 36 S. Charles Street, 4th Flr., Baltimore, MD 21201.

_____
Gary E. Proctor