```
   MRGUA          *        PROGRAM REVIEW REPORT        *      10-04-2007
   PAGE 001                                                    10:08:23

INSTITUTION: MRG  MORGANTOWN FCI

NAME.......: THOMAS, EDDIE LEE                    REG. NO: 34087-037
RESIDENCE..: HAGERSTOWN, MD 21740

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....:  4-10-08

PROJ. RELEASE DATE..: 11-10-2010          RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE                HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: 10-4-08      DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N          IF YES, RECONCILED (Y/N): _____

PENDING CHARGES.....:  NONE KNOWN

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: Y
     IF YES - CIRCLE ONE  DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

CATEGORY    - - - - -      CURRENT ASSIGNMENT - - - - - - -    EFF DATE    TIME

CMA         PROG RPT       NEXT PROGRESS REPORT DUE DATE       04-25-2008  1333
CMA         RPP NEEDS      RELEASE PREP PGM NEEDS              06-06-2005  1650
CMA         V94 CDA913     V94 CURR DRG TRAF ON/AFT 91394      01-09-2001  1048
CUS         OUT            OUT CUSTODY                         11-13-2000  0956
DRG         DAP DECL       RESIDENT DRUG TRMT DECLINED         05-18-2005  1012
DRG         DRG E COMP     DRUG EDUCATION COMPLETED            12-02-2003  1530
DRG         DRG I NONE     NO DRUG INTERVIEW REQUIRED          01-09-2001  1048
EDI         ESL HAS        ENGLISH PROFICIENT                  01-10-2001  1826
EDI         GED ZP         EXEMPT GED PROMOTABLE TO PG 1       04-25-2007  0001
FRP         COMPLT         FINANC RESP-COMPLETED               01-31-2001  1150
LEV         MINIMUM        SECURITY CLASSIFICAT'N MINIMUM      11-09-2000  1109
MDS         REG DUTY       NO MEDICAL RESTR--REGULAR DUTY      10-31-2006  0001
MDS         YES F/S        CLEARED FOR FOOD SERVICE            05-25-2005  1043
QTR         D02-010L       HOUSE D/RANGE 02/BED 010L           10-23-2006  1404
RLG         CH CHRIST      CHURCH OF CHRIST                    05-17-2005  1815
WRK         ORD GER        ORD GER                             05-29-2005  0001

WORK PERFORMANCE RATING:      ORD Ger  -(5)

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW:  N/A


FRP PLAN/PROGRESS:  TRUST FUND DEPOSITS PAST 6 MO: $ 162 00

FRP PAYMENTS PAST 6 MO: $ _____      OBLG BALANCE: $ _____

CURRENT FRP PLAN: $ _____      PAYMENTS COMMENSURATE: YES ___ / NO ___

                              Account = $.88 ¢
```

DEFENDANT'S EXHIBIT A
ALL-STATE LEGAL SUPPLY CO.

```
   MRGUA          *          PROGRAM REVIEW REPORT          *          10-04-2007
   PAGE 002                                                            10:08:23
```

IF NO, NEW PAYMENT PLAN: _____

_____

RELEASE PREPARATION PARTICIPATION: _Complete before Release_____

_____

_____

CCC RECOMMENDATION: _Will discuss 11-13 months before Release_____

PROGRESS MADE SINCE LAST REVIEW: Conduct = sh          Work = sh
Savings = sh_____

GOALS FOR NEXT PROGRAM REVIEW MEETING: _____
Clear conduct
Save $5.00 each month if possible
3.0 or higher work reports
✳ Enroll in Vocational training = sh

LONG TERM GOALS: Complete by 5/1/2010 =    Pre-Release
                                           Save $100.00
                                           GED
                                           Vocational Training
                                           Secure Employment

```
  MRGUA           *        PROGRAM REVIEW REPORT        *        10-04-2007
PAGE 003 OF 003                                                  10:08:23
```

OTHER INMATE REQUESTS/TEAM ACTIONS: _____

_____

_____

_____

_____

_____

_____

_____

SIGNATURES:

CHAIRPERSON: _____        INMATE: X _Eddie Thomas_

        DATE: _10/18/07_                     DATE: _10/18/07_

# Certificate of Completion

ACHIEVEMENT
AWARD

Let it be known that

## Eddie Thomas

has satisfactorily completed
all required coursework for

**Drug Abuse Education**

December 1, 2003

*Myron O. McCorvey, Instructor*

*B. N. Lewis, Ph.D.*

# Certificate of Recognition

is presented to

## Eddie Thomas

as the July - August 2004

# Student of the Quarter



John Dunlap, Supervisor of Education

July 12, 2004
Date