DATE:
2-28-08
1:30 PM

Dear courts

as the courts all Ready know what I did was wrong in I just want to say that I am sorry for what I have Done in now I am paying for it and just By Beening Locked up it has showed me a nother way of life then just selling crack cocaine in that way is working and if I get the sending redution and that what I would do get a gob so I can prokide for my family and I om making a commitment to the courts as well as my family to say out of prison and thats is why I feel that I should get a reduced sentence so that I con have a chanse to have a Ealy release from prison to show my family that I can do right ~~though~~ and prokide for them.

Think you


DEFENDANT'S EXHIBIT
B
ALL-STATE LEGAL SUPPLY CO.

Very truly yours,
Eddie Thomas