## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *

        Criminal No. WDQ 00-0143

    v.                    *

EDDIE LEE THOMAS          *

                          *

\* \* \* \* \* \* \*

## O R D E R

Pending is a motion filed by counsel pursuant to 18 U.S.C. §3852(c) on behalf of Eddie Lee Thomas requesting a reduction of sentence under November 2007 amendments to the United States Sentencing Guidelines related to cocaine base ("crack") offenses. Accordingly, it is this 13 day of May 2008, hereby ordered by the United States District Court for the District of Maryland that:

1. The United States Attorney SHALL RESPOND to the motion within thirty days;

2. The Clerk SHALL PROVIDE copies of this order to counsel and Rod Rosenstein, United States Attorney for the District of Maryland; and

3. The Clerk SHALL PROVIDE courtesy copies of this order and the motion to William Henry, Chief, U.S. Probation and Pretrial Services Office and James Wyda, Federal Public Defender for the District of Maryland.

                         _____

                         William D. Quarles, Jr.
                         United States District Judge