BSS/3582.NoOpp.ManMin.Response.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                         Criminal No. WDQ(S)-00-0143

EDDIE LEE THOMAS

...ooOoo...

### GOVERNMENT'S RESPONSE TO MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)

The United States of America, by its undersigned counsel, having reviewed the Presentence Report, the Judgment & Commitment Order, the revised guidelines computation and a Bureau of Prisons SENTRY report for the defendant named above, **does not oppose** retroactive application of the revised "crack" guideline pursuant to 18 U.S.C. § 3582(c). However, this defendant is serving a statutory penalty of **not less than 120 months,** so no reduction can go below that figure. Accordingly, the United States does not oppose a reduction from 135 months to **120 months**.

The United States notes that even if a defendant is eligible for a sentence reduction, whether or not to grant the reduction is a matter committed to the Court's discretion, not an automatic entitlement. The United States **does oppose** any reduction in the term of supervised release or any other term of the sentence.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: /s/
Barbara S. Sale
Assistant United States Attorney
Chief, Criminal Division
36 South Charles Street
Baltimore, Maryland 21201
(410) 209-4902

## Certificate of Service

I HEREBY CERTIFY that this __19th__ [20th DCL] _ day of __June___ 2008, a copy of the Foregoing Government's Response to Motion for Reduction Of Sentence under 18 U.S.C. § 3582(c) was @ mailed, postage prepaid / hand delivered via interoffice mail to:

Gary Proctor, Esq.
Law Offices of Gary E. Proctor, LLC
8 East Mulberry Street
Baltimore, MD 21202

and

Estelle Santana
Deputy Chief United States Probation Officer
United States Probation and Pretrial Services
250 W. Pratt Street
Suite 400
Baltimore, MD 21201

_____
Debra C. Lesser
Paralegal Specialist